# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Kathleen J. Jury,<br>fdba The Bead Shoppe,<br>aka Kathleen J. Drelick,<br>　　　　Debtor<br><br>PNC Bank NA,<br>　　　　Movant<br><br>　　　　v.<br><br>Kathleen J. Jury,<br>fdba The Bead Shoppe,<br>aka Kathleen J. Drelick,<br>　　　　Respondent | Bankruptcy No.: 09-10644-TPA<br><br>Chapter 7<br><br>Related to Document No. 79 |

## REQUEST TO RESTRICT PUBLIC ACCESS TO DOCUMENT NUMBER 79

Pursuant to W.PA.LBR 9037-1 and understanding that the redaction of any information other than the identifiers specifically enumerated in Fed. R. Bankr. P. 9037 requires a separate motion and Court approval, under penalty of perjury, the **UNDERSIGNED HEREBY CERTIFIES** that:

1.　A Request to Restrict Public Access to Claim was filed in the above captioned case on July 2, 2019, at document # 79 which contains one or more of the identifiers enumerated in Fed. R. Bankr. P. 9037.

2.      I am requesting that the Court take whatever steps are necessary to restrict public access to the unredacted version.

                Respectfully Submitted,

                Robertson, Anschutz & Schneid, PL

                By:/s/ Lauren B. Karl
                    Lauren Berschler Karl, Esquire
                    Id No. 88209
                    PO Box 305
                    Ingomar, PA 15127
                    973-575-0707 x1340
                    lkarl@rascrane.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Kathleen J. Jury,<br>fdba The Bead Shoppe,<br>aka Kathleen J. Drelick,<br>　　　　　Debtor<br><br>PNC Bank NA,<br>　　　　　Movant<br><br>　　　　　v.<br><br>Kathleen J. Jury,<br>fdba The Bead Shoppe,<br>aka Kathleen J. Drelick,<br>　　　　　Respondent | Bankruptcy No.: 09-10644-TPA<br><br>Chapter 7<br><br>Related to Document No. 79 |

## CERTIFICATE OF SERVICE OF
## REQUEST TO RESTRICT PUBLIC ACCESS TO DOCUMENT NUMBER 79

　　　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 10, 2019.

　　　　The types of service made on the parties were,

By First-Class Mail:

Kathleen J. Jury
3209 W. 22nd Street
Erie, PA 16506

and


By Electronic Notification:

M. Kathryn Karn, Esquire
Arduini, Jewell and Karn
731 French Street
Erie, PA 16501

John C. Melaragno, Trustee
502 West 7th Street.
Erie, PA 16502

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Respectfully Submitted,

Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, #100
Boca Raton, FL 33487
Tel: (561) 241-6901
Fax: (561) 241 -1969

By: /s/ Kayan Johnson
Kayan Johnson
Email: kjohnson@rasflaw.com